**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 04-50134-01 |
| VERSUS | JUDGE S. MAURICE HICKS, JR |
| ERIC GERMAN | MAGISTRATE JUDGE HORNSBY |

**ORDER**

Based on the foregoing Memorandum Ruling,

**IT IS ORDERED** that the "Government's Motion to Dismiss the Petition of German and Associates, Inc. for a Hearing to Adjudicate Its Third Party Claim To Property Pursuant to 21 U.S.C. § 853(n)(1)" (Record Document 191) be and is hereby **GRANTED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this the 21st day of April, 2006.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE